# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5165**                                  **September Term, 2024**

1:25-cv-00425-SLS

Filed On: July 16, 2025

Susan Tsui Grundmann,

      Appellee

    v.

Donald J. Trump, in his official capacity as President and Colleen Duffy Kiko, in her official capacity as chairman of the Federal Labor Relations Authority,

      Appellants

**BEFORE:** Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc, which the court construes as a motion for reconsideration en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the motion be denied.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
       Selena R. Gancasz
       Deputy Clerk