# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5165**                                             **September Term, 2025**

1:25-cv-00425-SLS

**Filed On:** October 29, 2025

Susan Tsui Grundmann,

      Appellee

      v.

Donald J. Trump, in his official capacity as President and Colleen Duffy Kiko, in her official capacity as chairman of the Federal Labor Relations Authority,

      Appellants

**O R D E R**

Upon consideration of the motion for a stay of the briefing schedule in light of the lapse of appropriations, it is

**ORDERED**, on the court's own motion, that this case be removed from the December 5, 2025, oral argument calendar and held in abeyance pending the Supreme Court's disposition of *Donald Trump, et al. v. Rebecca Slaughter*, et al., No. 25-332 (cert. granted, Sept. 22, 2025).

The parties are directed to file motions to govern future proceedings in this case within 30 days of the disposition by the Supreme Court.

**Per Curiam**

                                             **FOR THE COURT:**
                                             Clifton B. Cislak, Clerk

                             BY:     /s/
                                    Michael C. McGrail
                                    Deputy Clerk