# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5165**                                      **September Term, 2025**

1:25-cv-00425-SLS

Filed On: February 4, 2026

Susan Tsui Grundmann,

        Appellee

    v.

Donald J. Trump, in his official capacity as President and Colleen Duffy Kiko, in her official capacity as chairman of the Federal Labor Relations Authority,

        Appellants

    **BEFORE:**    Henderson, Pillard, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of appellee's motion to dismiss as moot, it is

**ORDERED** that the motion be granted. The district court's March 12, 2025 order and opinion are hereby vacated and this case be remanded with instructions to dismiss with prejudice.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith to the district court.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
           Michael C. McGrail
           Deputy Clerk