# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 25-5165**  September Term, 2025

1:25-cv-00425-SLS

Filed On: February 4, 2026 [2157542]

Susan Tsui Grundmann,

    Appellee

    v.

Donald J. Trump, in his official capacity as President and Colleen Duffy Kiko, in her official capacity as chairman of the Federal Labor Relations Authority,

    Appellants

## M A N D A T E

In accordance with the order of February 4, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk

Link to the order filed February 4, 2026